IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RAMON PEREZ § | |
| § | |
| V. § | A-07-CA-044 AWA |
| § | |
| JESSE BROWN, DANIEL ZAHARA, and § | |
| CAROL LOGAN § | |

## ORDER

Before the Court are Plaintiff's Motion for Review of Clerk's Taxation of Costs, filed on April 16, 2010 (Clerk's Doc. No. 208), and Defendant's Response to Plaintiff's Motion for Review of Clerk's Taxation of Costs, filed on April 20, 2010 (Clerk's Doc. No. 209).

On January 15, 2010, Defendants filed a Bill of Costs with the Clerk of Court. The Clerk's Memorandum on Taxation of Costs was subsequently filed on April 14, 2010, which taxed costs against Plaintiff Ramon Perez in the total amount of $12,823.71.[1] In the current motion before the Court, Plaintiff objects to the inclusion of $4,804.00 in the Bill of Costs that Defendants spent to have five videotaped depositions and the "No More Killing" DVD transcribed for use in the trial.

Having reviewed the motion and response, the Court finds that the inclusion of $4,804.00 to have these videos transcribed was proper. Accordingly, IT IS ORDERED that Plaintiff's Motion for Review of Clerk's Taxation of Costs (Clerk's Doc. No. 208) IS DENIED.

SIGNED this 25 day of May, 2010.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants had asked for $13,263.71 in its bill of costs, but the Clerk reduced this amount. See Clerk's Doc. No. 207.